David P. Foos (SBN: 83430)
**LAW OFFICE OF BOWMAN & ASSOCIATES**
*A Professional Corporation*
3841 North Freeway Boulevard, Suite 185
Sacramento, CA 95834
T: (916) 923-2800
F: (916) 923-2828
E-mail: dfoos@bowmanandassoc.com

Attorney for Plaintiff
JEFF ROBBEN

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| TODD ROBBEN,<br>          Plaintiffs,<br><br>v.<br><br>Richard Justin, Dennis Justin, Individually, Bail Bonds, Inc. (BBI) of Fallon, Nevada, a Nevada Corporation Nevada DBA Justin Brothers Bail Bonds, and Jeff Robben, Individually,<br><br>          Defendants.<br><br>And related Counterclaim. | CASE NO:  2:13-CV-00238-MCE-DAD<br><br>**JOINT STIPULATION FOR DISMISSAL; ORDER** |

   WHEREAS Plaintiff TODD ROBBEN and Defendant JEFF ROBBEN agree that all claims in the above-captioned proceeding have been fully settled and compromised;

   IT IS HEREBY STIPULATED by and between the parties to this action, through their undersigned counsel, that the above-captioned action be and hereby is ***dismissed with prejudice*** as to Defendant JEFF ROBBEN pursuant to F.R.C.P. 41(a)(1);

   IT IS FURTHER STIPULATED by and between the parties that each party shall bear its own attorneys' fee and costs of suit.

1  IT IS FURTHER STIPULATED by and between the parties that the parties mutually and fully release and forever discharge each other and their attorneys from any and all actions, suits, demands, debts, expenses, accounts, reckonings, obligations, costs, rights, agreements, promises, liabilities, liens, damages, or causes of action that may stem from any of the facts or causes of actions alleged in this lawsuit including, but not limited to, any and all claims, including any common law claims, debts, liabilities, demands, damages, charges, promises, acts, agreements, claims for negligence or attorney malpractice, costs and expenses (including any claim for attorneys' fees), actions and causes of action, or any claim for violation of civil rights, or of any other state or federal statute or constitution.  This Release extends to the parties TODD ROBBEN and JEFF ROBBEN in all capacities.

Dated:                                      By: /s/ Jeff Robben
                                                 JEFF ROBBEN, Defendant


Dated:                                      LAW OFFICE OF BOWMAN &
                                               ASSOCIATES, APC


                                            By: /s/ David P. Foos
                                                 David P. Foos, Esq.
                                            Attorney for Defendant, JEFF ROBBEN

///
///
///
///

LAW OFFICE OF BOWMAN & ASSOCIATES, APC
3841 NORTH FREEWAY BLVD., STE. 185
SACRAMENTO, CA 95834

Dated:                                          By: /s/ Todd Robben

                                                                  TODD ROBBEN, Plaintiff

Dated:                                          ENGEL LAW GROUP

                                                   By: /s/ Julius Engel

                                                                Julius Engel, Esq.

                                      Attorney for Plaintiff, TODD ROBBEN

## ORDER

In view of the parties' Stipulation, the Court orders the above-captioned action be DISMISSED with prejudice, as to Defendant JEFF ROBBEN only.  Each party to this action shall bear its own attorneys' fees and costs of suit.

**IT IS SO ORDERED.**

**Dated:  August 2, 2013**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT