UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ROBBEN,<br><br>        Plaintiff,<br><br>    v.<br><br>RICHARD JUSTIN, et al.,<br><br>        Defendants. | No. 2:13-cv-0238 MCE DAD<br><br><br>ORDER |

On August 1, 2014, this matter came before the undersigned for hearing of plaintiff's motion for default judgment and motion to strike the opposition filed by defendant Richard Justin. Attorney Julius Engel appeared on behalf of the plaintiff and attorney Donald Forbes appeared on behalf of defendants Richard Justin, Dennis Justin, Justin Brothers Bail Bonds and BailBonds Inc.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:  1. Plaintiff's motions to strike (Dkt. No. 50) is granted and; 2. Plaintiff's motion for default judgment (Dkt. Nos. 46 & 47) is denied without prejudice.

Dated:  August 1, 2014

DAD:6
Ddad1\orders.civil\robben0238.oah.080114.doc

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1