Donald R. Forbes, #081905
**HELON & MANFREDO LLP**
Attorneys at Law
735 W. Alluvial Avenue, Suite 102
Fresno, California 93711

Telephone:   (559) 226-4420
Facsimile:    (559) 226-1524
Email:        dforbes@helonmanfredo.com

Attorneys for **Defendant and Counterclaimant, RICHARD JUSTIN, individually and doing business as JUSTIN BROTHERS BAIL BONDS, and Defendants, DENNIS JUSTIN, DOUGLAS LEWIS and BAILBONDS INC. (BBI) OF FALLON, NV, a Nevada corporation**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

* * * * *

| | |
|---|---|
| Todd Robben, | **CASE NO. 2:13-CV-00238-MCE-DAD** |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| Richard Justin, Dennis Justin, Douglas Lewis, Individually, and Bail Bonds Inc (BBI) of Fallon, Nevada, a Nevada Corporation Nevada DBA Justin Brothers Bail Bonds, | |
| Defendants. | |
| And related Counterclaim. | |

   All of the parties to the above entitled-action having executed a Settlement Agreement and Release of All Claims, Plaintiff and Counterdefendant, Todd Robben, and Defendant and Counterclaimant, Richard Justin, an individual doing business as "Justin

1  Brothers Bail Bonds," and Defendants, Dennis Justin, Douglas Lewis and Bail Bonds Inc
2  (BBI) of Fallon, Nevada, a Nevada corporation, by and through their attorneys of record,
3  **stipulate and agree that the entire above-entitled action be dismissed as to all parties**
4  **and all matters, with prejudice.**

5  Dated: May 27, 2015                     ENGEL LAW GROUP

7                                          /s/ Julius M. Engel
                                           JULIUS M. ENGEL, Attorney for
8                                          Plaintiff and Counterdefendant,
                                           TODD ROBBEN

10 Dated: June 4, 2015                     HELON & MANFREDO LLP

12                                         /s/ Donald R. Forbes
                                           DONALD R. FORBES, Attorneys for
13                                         Defendants and Counterclaimant,
                                           RICHARD JUSTIN, individually and
14                                         doing business as JUSTIN BROTHERS
15                                         BAIL BONDS, DENNIS JUSTIN,
                                           DOUGLAS LEWIS and BAIL BONDS,
16                                         INC. (BBI) OF FALLON, NEVADA

## ORDER

Good cause appearing from the parties' stipulation,

IT IS ORDERED THAT the entire above-entitled action be dismissed as to all parties and all matters, with prejudice. The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: June 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT